**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-4715**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM F. PRIOR, M.D.,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Aiken. Charles E. Simons, Jr., Senior District Judge. (CR-97-1048)

---

Submitted: May 28, 1999          Decided: September 23, 1999

---

Before WIDENER and NIEMEYER, Circuit Judges, and HALL,[*] Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William F. Prior, Appellant Pro Se. Eric William Ruschky, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

---

[*] Senior Judge Hall participated in the consideration of this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Prior appeals the district court's judgment and resulting sentence entered pursuant to a guilty plea for dispensing a controlled substance with an expired Drug Enforcement Administration registration number in violation of 21 U.S.C.A. §§ 843(a)(2), (d)(1) (West Supp. 1999), and 18 U.S.C. § 2 (1994). Prior argues that the court erred in accepting his guilty plea. We find that the court fully complied with Fed. R. Crim. P. 11 and properly determined that Prior's guilty plea was knowing and voluntary. See North Carolina v. Alford, 400 U.S. 25 (1970); United States v. DeFusco, 949 F.2d 114, 116-17 (4th Cir. 1991). Accordingly, we affirm Prior's conviction and sentence. We deny Prior's motion to "remand request for amendment of transcript." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2